```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

SANDRA L. GRAY, Individually and
NICK JACKSON and DEENA JACKSON, as
Husband and Wife and All Other Persons
Similarly Situated                                           PLAINTIFFS


V.                       Case No. 07-CV-5065


MENU FOODS, et al.                                           DEFENDANTS


<u>ORDER</u>

Now before this Court is the Motion to Withdraw filed by counsel for the Menu Foods Defendants requesting that Christy Comstock be permitted to withdraw as counsel and that Robert L. Jones, III of Jones & Harper be permitted to continue the uninterrupted representation of the Menu Foods Defendants. (Doc. 16). The Court finds that the motion should be GRANTED, and Ms. Comstock is allowed to withdraw as attorney of record.

IT IS SO ORDERED THIS 29TH DAY OF OCTOBER 2007.


                                    <u>/s/ Robert T. Dawson</u>
                                    Honorable Robert T. Dawson
                                    United States District Judge